1

Jonathan A. Dessaules, SBN 019439
**DESSAULES LAW GROUP**

2

5353 N. 16th Street, Suite 110
Phoenix, AZ  85016

3

(602) 274-5400
jdessaules@dessauleslaw.com

4

5

*Attorneys for Defendant*
*Experian Information Solutions, Inc*.

6

7

UNITED STATES DISTRICT COURT

8

FOR THE DISTRICT OF ARIZONA

9

10

Perry Peterson,

CASE NO. _____

11

Plaintiff,

(In the Superior Court of the State of
Arizona, In and For the County of
Maricopa, Court Case No. CV2014-094405)

12

v.

13

American Express, TransUnion,
Equifax and Experian,

**NOTICE OF REMOVAL OF ACTION**

14

Defendants.

15

Complaint Filed:  August 11, 2014

16

17

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc.

18

("Experian") hereby files its Notice of Removal of the above-captioned action to this

19

Court, and states as follows:

20

1.      Experian is a named defendant in Civil Action No. CV2014-094405, filed in

21

the Superior Court of the State of Arizona, In and For the County of Maricopa (the "State

22

Court Action").

23

2.      The original Complaint in the State Court Action was filed with the Clerk of

24

the Superior Court on August 11, 2014.  Experian was served with the summons and

25

Complaint on August 19, 2014.  A true and correct copy of the Summons and Complaint

26

is attached Exhibit "A."  Equifax was served on August 17, 2014.  A true and correct copy

27

of the Summons and Complaint is attached Exhibit "B."

28

3.     This Notice is being filed with this Court within thirty (30) days after Experian was served with the summons and complaint.

4.     To the best of Experian's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5.     Experian avers that there is a sufficient basis for removal on grounds of federal question in that Plaintiffs have filed a civil action founded on a claim or right arising under the laws of the United States:

a.     In paragraphs 3, 24, 25, 26, 27, 28, 29, 30 of Plaintiff's Complaint, he alleges that Experian, Equifax Information Services, LLC and Trans Union LLC violated the Fair Credit Reporting Act.  In paragraphs 19, 29, 21, 22, 23 of Plaintiff's Complaint, he alleges that Experian, Equifax Information Services, LLC and Trans Union LLC violated the Fair Debt Collection Practices Act.

b.     The Fair Credit Reporting Act provides that "any action brought under this chapter may be brought in any appropriate United States District Court without regard to the amount in controversy." 15 U.S.C. § 1681p.

6.     Jurisdiction:  This Court has original jurisdiction over Plaintiff's claims under the Fair Credit Reporting Act pursuant to 28 U.S.C. § 1331, and this civil action is one that may be removed to this Court by Experian pursuant to the provisions of 28 U.S.C. § 1441(b), because it is a civil action founded on a claim or right arising under the laws of the United States, namely the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

7.     Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants pray that the above-described action now pending in the Maricopa County Superior Court, be removed therefrom to this Court.

NOTICE OF REMOVAL

1    Dated: September 16, 2014          Respectfully submitted,

2

3                                       /s/ Jonathan A. Dessaules

4                                       Jonathan A. Dessaules, SBN 019439
                                        Dessaules Law Group
5                                       5353 N. 16th Street, Suite 110
                                        Phoenix, AZ  85016
6                                       Telephone:  (602) 274-5400
                                        Facsimile:  (602) 274-5401
7                                       Email:  jdessaules@dessauleslaw.com

8                                       *Attorneys for Defendant*
                                        *Experian Information Solutions, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2014 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Perry Peterson
Adobe Financial Corporation
6250 E. Lafayette Blvd.
Scottsdale, AZ  85251
T:  (480) 221-0638
F:  (866) 653-1351
Email:  adobefinan@aol.com
*Plaintiff Pro Per*

Betsey L. Tate (SBN 401088)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA  30309-3521
Telephone:  (404) 215-5930
Facsimile:  (404) 572-5100
Email:  BTate@KSLAW.com
*Counsel for Defendant Equifax Information Services LLC*

/s/ Hilary L. Peters