# EXHIBIT B

ORIGINAL

Name of Person Filing: Perry Peterson
Your Address: 6250 E. Lafayette Blvd.
Your City, State, Zip Code: Scottsdale, Az 85251
Your Telephone Number: 480-221-06??
Attorney Bar Number (if applicable): ___
Representing ☒ Self (Without an Attorney) or ☐ Plaintiff or ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CV2014-094405

Perry Peterson
**Name of Plaintiff**

Case No.: ___

Equifax
**Name of Defendant**

**SUMMONS**

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO _Equifax_
**Name of Defendant**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this "Summons".

2. If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint. To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 W. Tierra Buena Lane, Surprise, Arizona 85374. Mail a copy of your "Response" or "Answer" to the other party at the address listed on the top of this Summons.

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Plaintiff/Attorney listed at the address at the top of this paper, or from the Clerk of the Superior Court's Customer Service Center at 601 W. Jackson, Phoenix, Arizona 85003 or at 222 E. Javelina Drive, Mesa, Arizona 85210.

SUM

IF YOU WANT THE ADVISE OF A LAWYER, YOU MAY
WSH TO CONTACT THE LAWY Page 1 of 2. SERVICE AT Form #210 LRD-03/22/2004 ALL RIGHTS RESERVED
602-257-4434 OR ONLINE AT WWW.LAWYERSFINDERS.ORG © Clerk of Superior Court of Arizona in Maricopa County
LRS IS SPONSORED BY THE MARICOPA COUNTY
BAR ASSOCIATION.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

SIGNED AND SEALED this date  AUG 1 1 2014

MICHAEL K. JEANES, CLERK OF COURT

By _____
  Deputy Clerk

S. PONICKI
DEPUTY CLERK



COPY

NAME: Perry Peterson
ADDRESS: 6250 E. Lafayette Blv
CITY, STATE, ZIP: Scottsdale, Az. 85_

AUG 11 2014
MICHAEL K. JEANES, CLERK
D PONICKI
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Perry Peterson
_____
PLAINTIFF,

vs.

American Express, Equifax,
Experian and Transunion
_____
DEFENDANT.

NO. CV2014-094405

CERTIFICATE OF COMPULSORY ARBITRATION

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs ~~does~~ / does not exceed limits set by Local Rule for compulsory arbitration. This case is / is not subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this 11th day of August, 2014.

BY Perry Peterson

CCA

Form #200 LRD 3/20/01 ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County