Perry Peterson
Adobe Financial Corporation
Pro Per
6250 E. Lafayette Blvd.
Scottsdale, Az. 85251
Tel: (480) 221-0638
Fax (866) 653-1351
Email: adobefinan@aol.com

IN U.S. DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PERRY PETERSON ) | No. 2:14-cv-02056-GMS |
| ) | |
| PLAINTIFF, ) | **Plaintiff's Motion to Remand** |
| ) | |
| and ) | |
| ) | |
| AMERICAN EXPRESS et al ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

Plaintiff respectfully moves this court to remand this case back to the Superior Court of Arizona in Maricopa County from which it was removed. Remand is appropriate because Defendants failed to get unanimous consent (unanimity rule) from all Defendants that were properly and timely served. Beginning with United States Supreme Court's decision in *Chicago R.I. & Pac. Ry. Co.*, 178 U.S. at 248, federal courts have universally required unanimity of consent in removal cases involving multiple defendants.

RESPECTFULLY SUBMITTED this 8th$^{th}$ day of October, 2014.

1

1
2  By: _____
3  Perry L Peterson
   Plaintiff, Pro Per
   6250 E. Lafayette Blvd.
4  Scottsdale, Az. 85251

5
6
7  COPY plus one copy of the foregoing mailed by regular mail
   this 8th day of October, 2014 to:
8
9  TRANSUNION
   P.O.Box 1000
10 Chester, Pa. 19022

11 Jonathan A. Dessaules
   Dessaules Law Group
12 5353 N. 16th St, Ste. 110
   Phoenix, Az. 85016
13

14 Betsey L. Tate
   King & Spalding LLP
15 1180 Peachtree St. NE
   Atlanta, Ga. 30309-3521
16
17
18 By _____
   Perry L. Peterson,
19 Defendant, Pro Per

20
21
22
23
24
25
26

- 2 -