FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 17 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

Perry Peterson
Adobe Financial Corporation
Pro Per
6250 E. Lafayette Blvd.
Scottsdale, Az. 85251
Tel: (480) 221-0638
Fax (866) 653-1351
Email: adobefinan@aol.com

IN U.S. DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PERRY PETERSON ) | No. 2:14-cv-02056-GMS |
| PLAINTIFF, ) | **PLANTIFF'S RESPONSE TO DEFENDANT TRANS UNION LLC'S MOTION TO DISMISS UNDER RULE 12 (B)(5) FOR INSUFFICIENT SERVICE OF PROCESS** |
| and ) | |
| AMERICAN EXPRESS et al ) | |
| DEFENDANTS. ) | |

Plaintiff, Perry Peterson, Pro Per, respectfully requests that the court consider that the Plaintiff is unrepresented and the said Plaintiff made a best faith effort to serve Defendant.

Plaintiff is in the process of requesting the Defendant(s) to waive service under Rule 4.

Plaintiff seeks leave to correct service of process should the court find that the Plaintiff has not properly served Defendant(s).

Attached Exhibit "A" clearly shows that the credit scores were provided by "Transunion" (all one word) at P.O. Box 1000, Chester, PA. 19022. This is the name and address Plaintiff used to serve Defendant and the name and address used by the credit reporting bureau in this case. Plaintiff shouldn't need to untangle the names of various holding companies, affiliates and partners in order to serve them.

1

RESPECTFULLY SUBMITTED this 17th[th] day of October, 2014.

By: _____
Perry L. Peterson
Plaintiff, Pro Per
6250 E. Lafayette Blvd.
Scottsdale, Az. 85251

COPY plus one copy of the foregoing mailed by regular mail this 17 day of October, 2014 to:

Jonathan A. Dessaules
Dessaules Law Group
5353 N. 16th St, Ste. 110
Phoenix, Az. 85016
Attorneys for Defendant
Experian Information Solutions, Inc.


Betsey L. Tate
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, Ga. 30309-3521
Counsel for Defendant Equifax
Information Services LLC.

And

Michael Jeffrey Coccaro
mcoccaro@swlaw.com
Snell & Wilmer LLP
1 Arizona Center

| | |
|---|---|
| 1 | |
| 2 | 400 E. Van Buren |
| 3 | Phoenix, AZ 85004 |
| | (602) 382-6444 |
| 4 | (602) 382-6070 Fax |
| | ***Counsel for Defendant Equifax*** |
| 5 | ***Information Services LLC.*** |

**PHILIP R. WOOTEN**
Arizona State Bar No. 007006
Philip R. Wooten, PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
Telephone: (480) 598-4330
Facsimile: (480) 598-4331
Email: philip.wooten@azbar.org
**ATTORNEY FOR TRANS UNION LLC**

By _____
Perry L. Peterson,
Plaintiff, Pro Per

# EXHIBIT A

1ST RESIDENTIAL MORTGAGE
4500 S. LAKESHORE DR #336
TEMPE, AZ 85282
480-345-6780

## NOTICE TO THE HOME LOAN APPLICANT
### CREDIT SCORE INFORMATION DISCLOSURE

PETERSON, PERRY L & JUNE, CAROLYN
6250 E. LAFAYETTE BLVD.
SCOTTSDALE, AZ 85251

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.

Your credit scores were provided by the following credit reporting agencies:

| TRANSUNION | EQUIFAX | EXPERIAN |
|---|---|---|
| PO BOX 1000 | PO BOX 740241 | PO BOX 2002 |
| CHESTER, PA 19022 | ATLANTA, GA 30374 | ALLEN, TX 75013 |
| 800-888-4213 | 800-685-1111 | 888-397-3742 |
| transunion.com/myoptions | www.equifax.com/fcra | www.experian.com/reportaccess |

OR 08/18/2

**1st Residential Mortgage**
4500 S. Lakeshore Dr.
Suite 336
Tempe, AZ 85282



CERTIFIED MAIL

7014 0510 0002 1910 4906





U.S. POSTAGE
AUG 12, 14
AMOUNT
$7.40

TransUnion
P.O. Box 1000
Chester, Pa. 19022