1  Alexandra N. Fries, SBN 292651
   afries@jonesday.com
2  JONES DAY
   3161 Michelson Drive Suite 800
3  Irvine, California 92612
   Telephone: (949) 553-7520
4  Fax:          (949) 553-7539

5  Jonathan A. Dessaules, SBN 019439
   Dessaules Law Group
6  5353 N. 16th Street, Suite 110
   Phoenix, AZ  85016
7  Telephone:  (602) 274-5400
   Facsimile:  (602) 274-5401
8  Email:  jdessaules@dessauleslaw.com

9  Attorneys for Defendant
   *Experian Information Solutions, Inc*.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Perry Peterson, | CASE NO. 2:14-cv-02056-GMS |
| Plaintiff, | Assigned to:<br>Judge G. Murray Snow |
| v. | **EXPERIAN INFORMATION SOLUTIONS, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| American Express, Transunion, Equifax and Experian | |
| Defendants. | |
| | Complaint Filed: August 11, 2014 |

## I. INTRODUCTION

Plaintiff Perry Peterson ("Plaintiff") has failed to demonstrate proper grounds for his motion to remand pursuant to 28 U.S.C. 1447(c). Namely, since all properly served Defendants joined the removal, Plaintiff's motion is without merit.

## II. PROCEDURAL HISTORY

On August 11, 2014, *pro se* Plaintiff filed a lawsuit in the Superior Court of the State of Arizona for the County of Maricopa, Case No. CV 2014-094405 ("State Court Action"). The State Court Action names American Express, Trans Union, LLC ("Trans Union"), Equifax Information Services ("Equifax"), and Experian Information Solutions, Inc. ("Experian"), and alleges violations of the Fair Credit Reporting Act ("FCRA") (15 U.S.C. § 1681, *et seq*.). On September 12, 2014, Plaintiff voluntarily dismissed American Express with prejudice. Exhibit A. On September 16, 2014, Experian filed its Notice of Removal pursuant to 28 U.S.C. § 1441 to this Court. *See* Dkt. 1. Also on September 16, 2014, Equifax filed its Joinder and Consent to Removal. *See* Dkt. 2. Remaining Defendant Trans Union did not join in removal because it was not effectively served, as explained in its Rule 12(b)(5) motion filed on October 10, 2014. *See* Dkt. 12. On October 8, 2014, Plaintiff filed his Motion to Remand, stating that ". . . Defendants failed to get unanimous consent. . . ." *See* Dkt. 11.

## III. ARGUMENT

### A. REMOVAL TO FEDERAL COURT WAS SUBSTANTIVELY PROPER

This Court has original jurisdiction over federal statutory claims. *See* 28 U.S.C. § 1331 (a federal court has original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States"). The FCRA also provides federal question jurisdiction if a claim is asserted under it. Additionally, this Court has supplemental jurisdiction over Plaintiff's state law claims, as they are based on the exact same set of facts as the federal claims. *See* 28 U.S.C. § 1387 (a);

*Trs. Of the Constr. Indus. & Laborers Health & Welfare Trust v. Desert Valley Landscape & Maint., Inc.*, 333 F.3d 923, 925 (9th Cir. 2003) (holding that exercise of supplemental jurisdiction by a district court over state law claims is appropriate where the nonfederal claims "derive from a common nucleus of operative fact and are such that a Plaintiff would ordinarily be expected to try them in one judicial proceeding").

On September 16, 2014, pursuant to 28 U.S.C. § 1441, Experian properly removed Plaintiff's case to this Court. *See* Dkt 1. There was sufficient grounds for removal in light of Plaintiff's Complaint, which alleges violation of the FCRA, a federal statute. 28 U.S.C. § 1331. Specifically, Plaintiff alleges that Experian, Equifax and Trans Union violated the FCRA in paragraphs 3, 24, 25, 26, 27, 28, 29, and 30.

### B. REMOVAL TO FEDERAL COURT WAS PROCEDURALLY PROPER

United States Code Chapter 28 Section 1446(b)(2)(A) requires that, "all defendants who have been properly joined and served must join in or consent to the removal of the action." Experian properly filed its Notice of Removal on September, 16, 2014, to which Equifax, the only other properly served Defendant, joined and consented.

Plaintiff named four Defendants in his complaint: American Express, Trans Union, Equifax, and Experian. American Express was voluntarily dismissed on September 12, 2014. *See* Exhibit A. On October 10, 2014, Trans Union filed a Motion to Dismiss for improper service pursuant to Federal Rule of Civil Procedure 12(b)(5).[1] *See* Dkt. 12. Equifax, the only remaining Defendant, filed a Joinder and Consent to Removal on September 16, 2014. *See* Dkt 2.

---

[1] Trans Union has also submitted a declaration in support of Experian's removal, wherein Trans Unions declares that it would have joined or consented to removal, had it been properly joined as a defendant in this action.

Accordingly, the two properly served Defendants, Experian and Equifax, jointly removed on September 16, 2014.

### IV. CONCLUSION

The only basis for remand cited in Plaintiff's motion is the lack of unanimity amongst Defendants.  However, the only two properly served Defendants, Experian and Equifax, unanimously removed.  Accordingly, removal was proper, and Plaintiff's Motion to Remand should be denied.

Dated: October 27th, 2014            Respectfully submitted,


/s/ Alexandra N. Fries
Alexandra N. Fries

Attorneys for Defendant
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27th, 2014 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Perry Peterson
Adobe Financial Corporation
6250 E. Lafayette Blvd.
Scottsdale, AZ  85251
T:  (480) 221-0638
F:  (866) 653-1351
Email:  adobefinan@aol.com
*Plaintiff Pro Per*

Betsey L. Tate
King & Spalding, LLP
1180 Peachtree Street NE
Atlanta, GA  30309
T:  (404) 215-5930
F:  (404) 572-5100
Email:
BTate@KSLAW.com
*Attorneys for Equifax*

Michael Jeffrey Coccaro
Snell & Wilmer LLP
1 Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
T:  (602) 382-6444
F:  (602) 382-6070
Email:  mcoccaro@swlaw.com
*Attorneys for Equifax*

/s/ Jenna Pitchel