1  Jonathan A. Dessaules (SBN 019439)
   DESSAULES LAW GROUP
2  5353 N. 16th Street, Suite 110
   Phoenix, AZ 85016
3  Telephone:  (602) 274-5400
   Facsimile:  (602) 274-5401
4  Email: jdessaules@dessauleslaw.com

5  Alexandra N. Fries (CA SBN 292651)
   JONES DAY
6  555 South Flower Street, Fiftieth Floor
   Los Angeles, CA 90071-2300
7  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
8
   Attorneys for Defendant
9  *Experian Information Solutions, Inc.*

10

11                **UNITED STATES DISTRICT COURT**
                  **FOR THE DISTRICT OF ARIZONA**
12

13 | PERRY PETERSON, | CASE NO. 2:14-cv-02056-GMS |
|---|---|
| Plaintiff, | Assigned to: |
| | Judge G. Murray Snow |
| v. | |
| AMERICAN EXPRESS, TRANSUNION, EQUIFAX and EXPERIAN INFORMATION SOLUTIONS, INC. | **NOTICE OF SETTLEMENT** |
| Defendants. | |

NAI-1500557635v2

1 | Experian Information Solutions, Inc., by and through undersigned counsel hereby notifies the Court that Plaintiff and Defendant have reached a settlement in this matter. The parties are in the process of finalizing the settlement documents, at which time the parties will file appropriate paperwork dismissing the lawsuit.

Dated: September 28, 2015

Respectfully submitted,

JONES DAY

By: /s/ Alexandra Fries
    Alexandra N. Fries

Counsel for Defendant
*Experian Information Solutions, Inc.*

NAI-1500557635v2

-1-