# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Perry Peterson,<br><br>    Plaintiff,<br><br>v.<br><br>American Express, et al.,<br><br>    Defendants. | No. CV-14-02056-PHX-GMS<br><br>**ORDER** |

The Court has been advised that Plaintiff and Defendant Experian Information Solutions, Inc. have settled (Doc. 97).

**IT IS ORDERED** that Defendant Experian Information Solutions, Inc. will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** denying Defendant Experian Information Solutions, Inc.'s Motion for an Adverse Inference for Spoliation of Evidence (Doc. 89) as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to **terminate** Defendant Experian Information Solutions, Inc. on **October 30, 2015** without further leave of Court.

Dated this 30th day of September, 2015.

_____
Honorable G. Murray Snow
United States District Judge