# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Perry Peterson,<br><br>          Plaintiff,<br><br>v.<br><br>American Express, et al.,<br><br>          Defendants. | No. CV-14-02056-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice Defendant Experian (Doc. 114),

**IT IS ORDERED** granting the Stipulation and the suit against Experian is dismissed with prejudice and without fees or costs to either party.

Dated this 4th day of November, 2015.

_____
Honorable G. Murray Snow
United States District Judge