Kelly A. Hensley
Texas State Bar No. 24055656
kelly.hensley@strasburger.com
Paul L. Myers
Texas State Bar No. 14765100
paul.myers@strasburger.com
Strasburger & Price, LLP
2801 Network Blvd., Suite 600
Frisco, Texas  75034
(469) 287-3925
(469) 305-4298 Fax
and
Philip R. Wooten
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
(480) 598-4330
(480) 598-4331 Fax
*Counsel for Trans Union LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF ARIZONA

| | |
|---|---|
| PERRY PETERSON, | Case No. 2:14-CV-02056-GMS |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| AMERICAN EXPRESS, TRANSUNION, EQUIFAX AND EXPERIAN, | |
| Defendants. | |

TO THE HONORABLE JUDGE SNOW:

    Defendant Trans Union LLC ("Trans Union"), by and through undersigned counsel hereby notifies the Court that Plaintiff and Trans Union have reached a settlement in this matter and are in the process of completing the final settlement documents and filing the

1  dismissal within the next thirty days.  Trans Union requests that the Court retain jurisdiction
2  for any matters related to completing and/or enforcing the settlement.

                                                  Respectfully submitted,

                                                  */s/Kelly A. Hensley*
                                                  **KELLY A. HENSLEY**
                                                  kelly.hensley@strasburger.com
                                                  Texas State Bar No. 24055656
                                                  **PAUL L. MYERS**
                                                  paul.myers@strasburger.com
                                                  Texas State Bar No. 14765100
                                                  **STRASBURGER AND PRICE LLP**
                                                  2801 Network Blvd., Suite 600
                                                  Frisco, TX 75034
                                                  (469) 287-3925
                                                  (469) 305-74298 Fax
                                                  and
                                                  **PHILIP R. WOOTEN**
                                                  philip.wooten@azbar.org
                                                  Arizona State Bar No. 007006
                                                  **PHILIP R. WOOTEN, PC**
                                                  3413 E. Equestrian Trail
                                                  Phoenix, AZ 85044
                                                  (480) 598-4330
                                                  (480) 598-4331 Fax
                                                  ***Counsel for Trans Union LLC***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2016, a true and correct copy of the above and foregoing document has been sent by United States First Class Mail and Electronic Mail to the following parties:

| | |
|---|---|
| Perry Peterson<br>perry@1stresmort.com<br>c/o Adobe Financial Corporation<br>6250 E. Lafayette Blvd.<br>Scottsdale, AZ 85251<br>(480) 221-0638<br>(866) 653-1351 Fax<br>***Pro Se Plaintiff*** | Jacob C. Jones<br>jcjones@swlaw.com<br>Michael Jeffrey Coccaro<br>mcoccaro@swlaw.com<br>Snell & Wilmer LLP<br>400 E. Van Buren<br>Phoenix, AZ 85004<br>(602) 382-6444<br>(602)382-6070 Fax<br>and<br>Lewis P Perling<br>lperling@kslaw.com<br>Michelle C Egan<br>mcegan@kslaw.com<br>King & Spalding LLP<br>1180 Peachtree St<br>Atlanta, GA 30309<br>(404) 572-3079<br>(404) 572-5172 Fax<br>***Counsel for Defendant Equifax*** |

　　　　　　　　　　　　　　*/s/ Kelly A. Hensley*
　　　　　　　　　　　　　　Kelly A. Hensley

3

7965296.1/SP/83057/1756/060316