# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Perry Peterson,<br><br>    Plaintiff,<br><br>v.<br><br>American Express, et al.,<br><br>    Defendants. | No. CV-14-02056-PHX-GMS<br><br>**ORDER** |

The Court, having considered Plaintiff Perry Peterson and Defendant Trans Union LLC's Stipulation for Dismissal with Prejudice, and for good cause appearing,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to Defendant Trans Union LLC, only, with each party to bear its own attorneys' fees and costs.

Dated this 14th day of June, 2016.

_____
Honorable G. Murray Snow
United States District Judge