1  Jacob C. Jones (#029971)
   SNELL & WILMER L.L.P.
2  One Arizona Center
   400 E. Van Buren, Suite 1900
3  Phoenix, Arizona  85004-2202
   Telephone:  602.382.6562
4  E-Mail: jcjones@swlaw.com

5  Lewis P. Perling (admitted *pro hac vice*)
   KING & SPALDING LLP
6  1180 Peachtree Street NE
   Atlanta, Georgia 30309-3521
7  Tel:    (404) 572-4600
   E-Mail:  lperling@kslaw.com
8
   *Attorneys for Defendant*
9  *Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Perry Peterson, | No. 2:14-cv-02056-GMS |
|---|---|
| Plaintiff, | **Notice of Settlement re Equifax** |
| v. | |
| American Express, TransUnion, Equifax and Experian | |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") gives notices that Plaintiff and Equifax have reached a settlement in this matter that includes dismissal with prejudice.  Plaintiff and Equifax are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next thirty days.

Equifax requests that the Court vacate pending hearings and deadlines pending finalization of this settlement.

/ / /

/ / /

/ / /

/ / /

1   DATED this 15th day of June, 2016.

SNELL & WILMER L.L.P.

By: *s/ Jacob C. Jones*
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Attorneys for Equifax Information Services, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Perry Peterson
Adobe Financial Corporation
6250 East Lafayette Blvd.
Scottsdale, AZ 85251
Plaintiff Pro Per

Philip R. Wooten
Philip R. Wooten PC
3413 E Equestrian Trail
Phoenix, AZ 85044-3403
*Attorneys for Defendant TransUnion*

*s/ Jacob C. Jones*

20836051