# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Perry Peterson,<br><br>        Plaintiff,<br><br>v.<br><br>American Express, et al.,<br><br>        Defendants. | No. CV-14-02056-PHX-GMS<br><br>**ORDER** |

The Court, having considered Plaintiff Perry Peterson and Defendant Equifax Information Services LLC ("Equifax") Stipulation to Dismiss (Doc. 139) and good cause appearing,

**IT IS ORDERED** granting the Stipulation and this action is dismissed with prejudice and without fees or costs to either party.

Dated this 29th day of June, 2016.

_G. Murray Snow_
Honorable G. Murray Snow
United States District Judge